**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-1626**

---

TODD M. JACK, MS, PhD, Trustee,

Plaintiff – Appellant,

v.

PRESIDENT CUTLER DAWSON,

Defendant – Appellee.

---

**No. 09-1721**

---

TODD M. JACK, MS, PhD, Trustee,

Plaintiff – Appellant,

v.

PRESIDENT CUTLER DAWSON,

Defendant – Appellee.

---

**No. 09-1757**

---

TODD M. JACK, MS, PhD, Trustee,

Plaintiff – Appellant,

                v.

CUTLER DAWSON, President, Navy Federal Credit Union,

                Defendant – Appellee.

                    ─────────────────

Appeals from the United States District Court for the Western
District of Virginia, at Harrisonburg.  Glen E. Conrad, District
Judge. (5:09-cv-00031-gec; 5:09-cv-00038-gec; 5:09-cv-00044-gec)

                    ─────────────────

Submitted:  August 26, 2009          Decided:  September 3, 2009

                    ─────────────────

Before MICHAEL and AGEE, Circuit Judges,  and HAMILTON, Senior
Circuit Judge.

                    ─────────────────

Affirmed by unpublished per curiam opinion.

                    ─────────────────

Todd M. Jack, Appellant Pro Se.

                    ─────────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd M. Jack appeals the district court's orders dismissing these actions pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2006) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jack v. Dawson, Nos. 5:09-cv-00031-gec, 5:09-cv-00038-gec, and 5:09-cv-00044-gec (W.D. Va. filed May 20, entered May 21, 2009; June 11, 2009; filed June 22, entered June 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED